UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-00024-SVW-FFM | Date | October 22, 2018 |
|---|---|---|---|
| Title | Trigg Laboratories, Inc. v. WSM Investment LLC et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**        IN CHAMBERS ORDER

   The Court, having been informed that a settlement has been reached, dismisses the case. All dates are vacated.

                                                                                      :
                                                   Initials of Preparer         PMC