

FILED
CLERK, U.S. DISTRICT COURT
OCT 23 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIGG LABORATORIES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>WSM INVESTMENT LLC dba TOPCO SALES dba WSM SALES LLC, a Delaware limited liability company; IDEAL RESOURCES, INC., a California corporation; LOVER HEALTH SCIENCE AND TECHNOLOGY CO., LTD., a Chinese entity; and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 2:18-cv-00024 SVW (FFM)<br><br>HON. STEPHEN V. WILSON<br><br>[PROPOSED] CONSENT DECREE |

The Court, having read and considered the Joint Stipulation re Proposed Consent Decree that has been executed on behalf of Plaintiff Trigg Laboratories, Inc. ("Plaintiff" or "Trigg"), on the one hand and WSM Investments LLC dba Topco Sales dba WSM Sales LLC ("WSM"), Ideal Resources, Inc. ("Ideal"), Loverhealth Science and

1

[PROPOSED] CONSENT DECREE

Technology Co., Ltd. ("Lover Health") (collectively referred to herein as "Defendants") on the other hand, and good cause appearing therefore, hereby:

ORDERS that this Consent Decree shall be and is hereby entered as follows:

1. This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 15 U.S.C. §§ 1051-1127; 28 U.S.C. §§ 1331, 1338; 15 U.S.C. §§ 1114 and 1125; and 28 U.S.C. §1367(a). Service of process was properly made against Defendants.

2. Plaintiff is the owner of the trademarks registered on the Principal Register of the USPTO, all of which are valid and some are incontestable pursuant to 15 U.S.C. § 1065 (the "WET MARKS") as set forth in Exhibit A. Trigg's rights to the WET Marks are valid, subsisting and in full force and effect.

3. Plaintiff has expended considerable resources over the last twenty-five years, developing, formulating, packaging, and selling premium healthcare products, including personal lubricants, intimacy products, and toys, under its numerous federally registered WET® trademarks, and enforcing its intellectual property rights to the WET MARKS.

4. Plaintiff alleged that Defendants willfully manufactured, advertised, and sold products bearing the infringing marks "Wet" and "Vulcan Wet" as trademarks in association with the personal lubricant products and toys manufactured and sold by Defendants ("Infringing Wet Trademarks"), which infringe Plaintiff's intellectual property rights in the WET MARKS.

5. Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from:

    a. Infringing Plaintiff's trademarks, either directly or contributorily, in any manner, including generally, but not limited to making, producing, distributing, advertising, selling, offering for sale, any products bearing marks or designations that are confusingly similar to Trigg's WET MARKS,

1

[PROPOSED] CONSENT DECREE

including the Infringing Wet Trademarks or any source indicator that uses the term "WET" in any way, and specifically:

    b. Engaging in any conduct that tends falsely to represent that, mislead or deceive purchasers, the Defendants' customers and/or members of the public to believe, the actions of the Defendants, the products sold by Defendants, or the Defendants are connected with Plaintiff, are sponsored, approved or licensed by Plaintiffs, or are affiliated with Plaintiffs; and,

    c. Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, or other use of any goods or services, a false description or misrepresentation expressly concerning any of Trigg's products.

6. Each side shall bear its own fees and costs of suit.

7. This Consent Decree shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8. The Court finds there is no just reason for delay in entering this Consent Decree and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree against Defendants.

*[Intentionally Left Blank]*

[PROPOSED] CONSENT DECREE

9. The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Decree.

DATED: 10/23/15

*/s/ Stephen V. Wilson*
HON. STEPHEN V. WILSON
**Judge, United States District Court for the Central District of California**

Presented by:

Milord & Associates, P.C.

By: */s/ Milord Keshishian*
    Milord A. Keshishian
    Attorneys for Plaintiff
    TRIGG LABORATORIES, INC.

Brad Snyder, Esq.

By: */s/ Brad Snyder*
    Brad Snyder, Esq.
    Attorney for Defendants WSM INVESTMENTS
    LLC dba TOPCO SALES dba WSM SALES LLC;
    IDEAL RESOURCES, INC.; LOVERHEALTH
    SCIENCE AND TECHNOLOGY CO., LTD.

**EXHIBIT A**

EXHIBIT A

# EXHIBIT A

## TRIGG LABORATORIES, INC.'S SAMPLE WET TRADEMARKS

| TRADEMARK | REG. NO. | REG. DATE | CLASS/GOODS |
|---|---|---|---|
| WET | 4913417 | January 25, 2016 | IOC 003, massage oils; massage gels not for medical purposes; essential oils for personal use; aroma therapy products, namely, scented oils and lotions used to produce aromas when heated; bath products, namely, oil, creams, and lotions; body creams and oils; body lotions; shave gels, foams, creams and lotions; but specifically excluding hair care products.<br>IC 005, personal lubricants, namely, gels, jellies, oils and lotions for use as personal lubricant, silicone-based personal lubricants, oil-based personal lubricants, water-based personal lubricants and personal lubricants enriched with vitamins and herbal and other plant-derived treatments; intimacy gels for use as personal lubricants and sexual arousal aids; vaginal moisturizers; topical preparations, namely, sprays, gels and creams for enhancing sexual arousal. |
| WET FUN FLAVORS | 2035955 | February 4, 1997<br>Incontestable | IC 003, body lotions for adult use only. |
| WET PLATINUM | 2201884 | November 3, 1998<br>Incontestable | IC 003, massage gels |
| [WET logo] | 2668557 | December 31, 2002<br>Incontestable | IC 005, personal lubricants |
| INTTIMO BY WET | 3114763 | July 11, 2006 | IC 003, Massage oils; essential oils for |

| | | Incontestable | personal use; aroma therapy products, namely, scented oils and lotions used to produce aromas when heated, bath products namely, oil, creams, lotions, namely, body creams, and oils; and body lotions; and cosmetics * but specifically excluding: medicated and non-medicated intimate hygiene washes, medicated and non-medicated pre-moistened wipes, medicated and non-medicated pre-moistened towelettes and medicated and non-medicated pre-moistened tissues *. |
|---|---|---|---|
| WET NATURALS | 4060242 | November 22, 2011<br>Incontestable | IC 003, Massage gels; body lotions and gels for massage.<br><br>IC 0005, Personal lubricant, namely, gels, oils and lotions for use as personal lubricant, Silicone-based personal lubricants, oil-based personal lubricants, water-based personal lubricants and personal lubricants enriched with vitamins and herbal and other plant-derived treatments; intimacy gels and lotions for use as personal lubricant, namely, for lubricating during intimate physical contact. |
| WET TOGETHER | 3926160 | March 1, 2011<br>Incontestable | IC 003, Massage oils, lotions and gels; but specifically excluding hair conditioner and other hair care products.<br><br>IC 005, personal lubricants, namely, gels, oils and lotions for use as personal lubricant, silicone-based personal lubricants, oil-based personal lubricants, water-based personal lubricants and personal lubricants enriched with vitamins and herbal and |

| | | | other plant-derived treatments; intimacy gels for use as personal lubricants and sexual arousal aides; vaginal moisturizers; topical preparations, namely, sprays, gels and creams for enhancing sexual arousal. |
|---|---|---|---|
| (Wet logo) | 4012848 | August 16, 2011 Incontestable | IC 003, Massage oils and gels; essential oils for personal use; aroma therapy products, namely, scented oils and lotions used to produce aromas when heated; bath products, namely, oil, creams, and lotions; body creams and oils; body lotions; but specifically excluding hair care products.<br><br>IC 005, personal lubricants, namely, gels, oils and lotions for use as personal lubricant, silicone-based personal lubricants, oil-based personal lubricants, water-based personal lubricants and personal lubricants enriched with vitamins and herbal and other plant-derived treatments; intimacy gels for use as personal lubricants and sexual arousal aides; vaginal moisturizers; topical preparations, namely, sprays, gels and creams for enhancing sexual arousal. |
| WET TOGETHER ULTIMATE | 3938575 | March 29, 2011 Incontestable | IC 005, pleasure and intimacy gels for use as personal lubricants and sexual arousal aides; topical preparations, namely, gels and creams for enhancing sexual arousal and/or delaying orgasm and/or prolonging sexual stimulation. |
| WET ECSTASY | 3999343 | July 19, 2011 Incontestable | IC 005, personal lubricants, namely, gels, oils and lotions for use as personal lubricant, silicone-based personal lubricants, oil-based personal lubricants, water-based personal lubricants and personal lubricants |

| | | | |
|---|---|---|---|
| | | | enriched with vitamins and herbal and other plant-derived treatments; pleasure and intimacy gels for use as personal lubricants and sexual arousal aides; vaginal moisturizers; topical preparations, namely, sprays, gels and creams for enhancing sexual arousal and/or delaying orgasm and/or prolonging sexual stimulation. |
| WET SYNERGY | 3955084 | May 3, 2011 Incontestable | IC 005, personal lubricants, namely, gels, oils and lotions for use as personal lubricant, silicone-based personal lubricants, oil-based personal lubricants, water-based personal lubricants and personal lubricants enriched with vitamins and herbal and other plant-derived treatments; vaginal moisturizers; topical preparations, namely, sprays, gels and creams for enhancing sexual arousal. |
| WET DEFEND | 4543770 | June 3, 2014 | IC 005, personal lubricants, namely, gels, oils and lotions for use as personal lubricant, medicated lubricants containing microbicide, silicone-based personal lubricants, oil-based personal lubricants, water-based personal lubricants and personal lubricants enriched with vitamins and herbal and other plant-derived treatments; vaginal moisturizers. |
| WET WOW | 4329285 | April 30, 2013 | IC 005, pleasure and intimacy gels for use as sexual arousal aids; topical preparations, namely, gels and creams for use as clitoral stimulants; topical preparations, namely, gels and creams for enhancing sexual arousal and/or delaying orgasm and/or prolonging sexual stimulation. |
| WET GELLEE | 4474794 | January 28, 2014 | IC 005, personal sexual lubricants, water-based sexual lubricants, water- |

| | | | based flavored sexual lubricants, sexual lubricants in a gelatinous or jelly-like formulation. |
|---|---|---|---|
| Wet (logo) | 4474820 | January 28, 2014 | IC 003, Massage oils; massage gels not for medical purposes; essential oils for personal use; aroma therapy products, namely, scented oils and lotions used to produce aromas when heated; bath products, namely, oil, creams, and lotions; body creams and oils; body lotions; shave gels, foams, creams and lotions; but specifically excluding hair care products<br><br>IC 005, personal lubricants, namely, gels, jellies, oils and lotions for use as personal lubricant, silicone-based personal lubricants, oil-based personal lubricants, water-based personal lubricants and personal lubricants enriched with vitamins and herbal and other plant-derived treatments; intimacy gels for use as personal lubricants and sexual arousal aids; vaginal moisturizers; topical preparations, namely, sprays, gels and creams for enhancing sexual arousal. |
| WET NURU | 4590037 | August 19, 2014 | IC 003, Massage gels not for medical purposes; massage lotions and oils. |