[FILED stamp: CLERK, U.S. DISTRICT COURT / NOV 21 2018 / CENTRAL DISTRICT OF CALIFORNIA / BY ___ DEPUTY]

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIGG LABORATORIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WSM INVESTMENT LLC dba TOPCO SALES dba WSM SALES LLC, a Delaware limited liability company; IDEAL RESOURCES, INC., a California corporation; LOVER HEALTH SCIENCE AND TECHNOLOGY CO., LTD., a Chinese entity; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:18-cv-00024-SVW-FFM<br><br>**STIPULATION FOR DISMISSAL OF ACTION**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)]<br><br>Priority ___<br>Send ___<br>Enter ___<br>Closed ___<br>JS-5/JS-6 ✓<br>JS-2/JS-3 ___<br>Scan Only ___ |

-0-
**[PROPOSED] ORDER**

    Upon review of the Stipulation for Dismissal of Action and finding the relief requested appropriate,

    IT IS ORDERED that the above-referenced action is dismissed in its entirety, with prejudice, and that this court shall retain jurisdiction to enforce the terms of the settlement agreement reached in this Action.

    Each party is to bear its own costs and attorneys' fees incurred in this Action.

**IT IS SO ORDERED:**

Dated: 11/21/18

*[signature]*

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878